NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**COHO LICENSING LLC,**
*Plaintiff-Appellant*

**v.**

**OATH INC.,**
*Defendant-Appellee*

**GLAM MEDIA INC., NING INC., ROVI CORPORATION,**
*Defendants*

———————————

2017-1704, 2017-1706, 2017-1707, 2017-1708, 2017-1709, 2017-1710

———————————

Appeals from the United States District Court for the Northern District of California in Nos. 4:14-cv-01576-JSW, 4:14-cv-01578-JSW, 4:14-cv-01579-JSW, 4:14-cv-02127-JSW, 4:14-cv-02128-JSW, 4:14-cv-02130-JSW, Judge Jeffrey S. White.

———————————

**JUDGMENT**

———————————

STEFANIE T. SCOTT, Scott Shah Law PLLC, Austin, TX, argued for plaintiff-appellant. Also represented by

VICTOR G. HARDY, MINGHUI YANG, Hardy Parrish Yang, LLP, Austin, TX.

CHRISTOPHER KAO, Vinson & Elkins LLP, San Francisco, CA, argued for defendant-appellee. Also represented by BROCK STEVEN WEBER; JEFFREY TA-HWA HAN, Austin, TX.

ISAAC PHILIP RABICOFF, Rabicoff Law LLC, Chicago, IL, for amici curiae Paul Asija, Craig Miloscia, Daniel P. Brown, Paul Morinville, Rita Crompton, Daniel G. Papst, Jeffrey Dobkin, Adrian Pelkus, Francisco Guerra, Lu Anne Puett, Bob Hausslein, Isaac Philip Rabicoff, Jeff Hitzler, Wayne Rasanen, Brian James, Don Skaggs, Glen Kotapish, Eren Soyak, Gary Stecklein, Randy Landreneau, Matt Steig, Steve Lyon, James Stevens, Leo Mazur, Greg Wawrzyniak, Birkir Marteinsson.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, O'MALLEY, and WALLACH, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 7, 2018
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court